IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00676-REB-KLM

LAURA GOMEZ,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc., a Kansas corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a **Joint Motion for Leave to Attend Scheduling Conference By Telephone** [Docket No. 9; Filed May 27, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Counsel may appear telephonically at the Scheduling Conference set for June 3, 2009 at 10:00 a.m.  On the date and time of the conference counsel shall contact chambers at (303) 335-2770.

Dated:  May 28, 2009