IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00676-REB-KLM

LAURA GOMEZ,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc., a Kansas corproation,

    Defendant.

---

### MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on **Defendant's Unopposed Motion for Entry of Stipulated Protective Order** [Docket No. 8; Filed May 27, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Stipulated Protective Order is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: June 4, 2009