IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00676-REB-KLM

LAURA GOMEZ,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc., a Kansas corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order** [Docket No. 26; Filed August 31, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order is amended as follows: the deadline for initial Fed. R. Civ. P. 26(a)(3) disclosures is extended to **September 30, 2009**, and the deadline for rebuttal disclosures pursuant to Fed. R. Civ. P. 26(a)(3) is extended to **October 31, 2009**.

Dated:  September 1, 2009