**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00676-REB-KLM

LAURA GOMEZ,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc., a Kansas corporation,

    Defendant.

## ORDER CONCERNING DEFENDANT'S MOTION FOR ATTORNEY FEES

**Blackburn, J.**

    This matter is before me on the **Defendant's Amended Motion for Attorneys' Fees** [#55][1] filed May 4, 2010. Having reviewed the motion, the plaintiff's response [#56], and the defendant's reply [#57], I provide the defendant an opportunity to submit additional information in support of its motion.

    The defendant requests an award of attorney fees for approximately 46 hours spent preparing for the plaintiff's deposition. The defendant's motion provides little information that demonstrates how this amount of time reasonably was necessary to prepare for the plaintiff's deposition. For example, there is no delineation of the number of topics that reasonably were to be addressed at the plaintiff's deposition and there is no affidavit from a disinterested expert attesting to the reasonableness of the time spent

---

[1] "[#55]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

by defense counsel preparing for the plaintiff's deposition.  If the defendant wishes to supplement its motion, it shall have an opportunity to do so.  If the defendant files a supplement, then the plaintiff shall have an opportunity to file a response.

**THEREFORE, IT IS ORDERED** as follows:

1.  That on or before February 28, 2011, the defendant **MAY FILE** a supplement to its motion for attorney fees [#55] addressing the issues described in this order;

2.  That if the defendant timely files such a supplement, then on or before March 7, 2011, the plaintiff **MAY FILE** a response to the supplement

3.  That any supplement and response each **SHALL BE LIMITED** to five pages.

Dated February 18, 2011, at Denver, Colorado.

BY THE COURT:

*Bob Blackburn*
Robert E. Blackburn
United States District Judge