**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-00676-REB-KLM

LAURA GOMEZ,

    Plaintiff,

v.

DILLON COMPANIES, INC., doing business as King Soopers, Inc., a Kansas corporation,

    Defendant.

## MINUTE ORDER[1]

    The **Defendant's Motion For Extension of Time** [#60] filed February 28, 2011, is **GRANTED** on the terms stated in this order.  That the **Defendant's Amended Motion For Attorneys' Fees** [#55] filed May 4, 2010, is **DENIED WITHOUT PREJUDICE**.  That if the defendant elects to file a supplement to its motion for attorney fees [#55], the defendant may move in its supplement to renew its motion for attorney fees [#55].  Any such combined supplement and motion to renew shall be filed on or before **March 21, 2011**.  The plaintiff may file a response to any supplement filed by the defendant, on or before **March 29, 2011**.

    Dated:  March 1, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.